THE PEOPLE ex rel. MARCUS STOWELL, as Supervisor, etc., Respondent, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF STEUBEN, Appellant.

(Argued April 23, 1895; decided May 21, 1895.)

APPEAL from.order of the General Term of the Supreme Court in the fifth judicial department, made October 2, 1894, which affirmed an order of Special Term granting an application for a writ of peremptory mandamus.

*M. Rumsey Miller* for appellant.

*John F. Parkhurst* for respondent.

Argued and decided with *People ex rel. Root* v. *Board of Supervisors of Steuben County (ante, p.* 107).